**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DON ANTIE JR** | **CASE NO.  6:21-CV-01460** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEREMY B MCBAIN ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court is a motion to remand (Rec. Doc. 6) filed by plaintiff.  This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  Considering the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and considering the objections to the Report and Recommendation in the record;

This Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  In addition, the Court finds that the plaintiff did not act in bad faith as required to allow removal after the one-year period as required in 28 U.S.C. §1446(c).  The Court determines this based on the fact that plaintiff added the

final defendants after the initial round of depositions and that Plaintiff had acted

in good faith regarding other information making removal possible to the initial

defendants well before the one year removal cutoff in addition to the reasons

assigned in the Report and Recommendation.

    **IT IS THUS ORDERED, AJUDGED, AND DECREED** that, consistent with the

report and recommendation, the motion to remand (Rec. Doc. 6) filed by plaintiff

is GRANTED and, accordingly this suit is REMANDED to Louisiana's Sixteenth

Judicial District Court for the Parish of St. Martin, from which it was removed.

    **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of

September, 2021.


_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE